# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3477

_____

| | | |
|---|---|---|
| Terrance D. LaCanne, | * | |
| | * | |
| Plaintiff - Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| Jo Anne B. Barnhart, Commissioner | * | |
| of Social Security, | * | [UNPUBLISHED] |
| | * | |
| Defendant - Appellee. | * | |

_____

Submitted: June 14, 2002

Filed: August 14, 2002

_____

Before HANSEN, Chief Judge, BOWMAN and BYE, Circuit Judges.

_____

PER CURIAM.

This is an appeal from the district court's[1] order affirming the denial of disability insurance benefits. We affirm.

Terrance D. LaCanne sought disability insurance benefits asserting both physical and mental impairments. An administrative law judge (ALJ) concluded

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

LaCanne could not return to his past relevant work, but retained the residual functional capacity to perform other work at the sedentary and light exertional levels. Following the Appeals Council's denial of his request for review, LaCanne filed this action in district court. The district court determined the ALJ's findings were supported by substantial evidence.

Our scope of review is narrow. "We will affirm the ALJ's findings if supported by substantial evidence on the record as a whole." Beckley v. Apfel, 152 F.3d 1056, 1059 (8th Cir. 1998). "Substantial evidence is less than a preponderance, but enough that a reasonable mind might accept it as adequate to support a decision." Id. We find the decision is supported by substantial evidence and affirm for the reasons given by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.